FILED

2009 SEP 23 AM 11:01

CLERK U.S DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1  MARTIN D. SINGER (BAR NO. 78166)
   YAEL E. HOLTKAMP (BAR NO. 200399)
2  HENRY L. SELF III (BAR NO. 223153)
   LAVELY & SINGER
3  PROFESSIONAL CORPORATION
   2049 Century Park East, Suite 2400
4  Los Angeles, California 90067-2906
   Telephone: (310) 556-3501
5  Facsimile: (310) 556-3615
   Email: mdsinger@lavelysinger.com
6
   Attorneys for Plaintiffs
7  ERIC DANE and REBECCA GAYHEART

8

9           UNITED STATES DISTRICT COURT

10          CENTRAL DISTRICT OF CALIFORNIA

11

12 ERIC DANE, an individual; and      ) CASE NO. CV09-06912 AJW
   REBECCA GAYHEART, an               )
13 individual                         )
                                      ) PLAINTIFFS' NOTICE OF
14           Plaintiffs,              ) INTERESTED PARTIES
                                      )
15      v.                            )
                                      )
16 GAWKER MEDIA, LLC, a               )
   Delaware corporation; GAWKER       )
17 NEWS, LLC, a Delaware              )
   corporation; GAWKER SALES,         )
18 LLC, a New York corporation; and   )
   MARK EBNER, an individual,         )
19                                    )
             Defendants.              )
20 _____  )

21

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

K:\2519-8\PLE\NTC. OF INT. PARTIES 090909.wpd       1

CONFORMED COPY

TO THE COURT AND TO ALL PARTIES HEREIN:

The undersigned, counsel of record for plaintiffs ERIC DANE and REBECCA GAYHEART certify that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. Those parties or persons are:

1. ERIC DANE;
2. REBECCA GAYHEART;
3. GAWKER MEDIA, LLC;
4. GAWKER NEWS, LLC;
5. GAWKER SALES, LLC;
6. MARK EBNER; and
7. KERI ANN PENICHE

DATE: September 23, 2009

LAVELY & SINGER
PROFESSIONAL CORPORATION
MARTIN D. SINGER
YAEL E. HOLTKAMP
HENRY L. SELF III

By: /s/ Martin D. Singer
MARTIN D. SINGER
Attorneys for Plaintiffs
ERIC DANE and
REBECCA GAYHEART