AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [X] ACTION [ ] APPEAL<br>DOCKET NO. CV09 06912 AJW DATE FILED. | COURT NAME AND LOCATION<br>U.S.D.C., Central District of California<br>312 North Spring Street<br>Los Angeles, California 90012 |
|---|---|
| PLAINTIFF<br>ERIC DANE, an individual; and REBECCA GAYHEART, an individual | DEFENDANT<br>GAWKER MEDIA, LLC, a Delaware corporation; GAWKER NEWS, LLC, a Delaware corporation; GAWKER SALES, LLC, a New York corporation; and MARK EBNER, an individual |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 PAu 3-404-881 | ED-RG-KAP Video by ED & RG | Eric Dane and Rebecca Gayheart |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

FILED 2009 SEP 23 AM 10:59 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF LOS ANGELES

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment [ ] Answer [ ] Cross Bill [ ] Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>[ ] Order [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes [ ] No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

Copy 5 - Case file copy

*U.S. G.P.O. 1982-374-279

dockets.Justia.com