ALONZO WICKERS IV (State Bar No. 169454)
  alonzowickers@dwt.com
KAREN A. HENRY (State Bar No. 229707)
  karenhenry@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Facsimile: (213) 633-6899

Attorneys for Defendants
GAWKER MEDIA, LLC, GAWKER NEWS, LLC,
GAWKER SALES, LLC, and MARK EBNER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DANE, an individual; and REBECCA GAYHEART, an individual,<br><br>           Plaintiffs,<br><br>vs.<br><br>GAWKER MEDIA, LLC, a Delaware corporation; GAWKER NEWS, LLC, a Delaware corporation; GAWKER SALES, LLC, a New York corporation; and MARK EBNER, an individual,<br><br>           Defendants. | Case No. **CV09-06912 AJW**<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: Sept. 24, 2009<br>Current response date: Oct. 14, 2009<br>New response date: Oct. 30, 2009 |

STIPULATION
DWT 13422378v2 0080721-000007

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Plaintiffs Eric Dane and Rebecca Gayheart ("Plaintiffs"), on the one hand, and defendants Gawker Media, LLC, Gawker News, LLC, Gawker Sales, LLC ("the Gawker Defendants"), and Mark Ebner (collectively "Defendants"), on the other hand, through their respective counsel of record, agree that the deadline for the Gawker Defendants to respond to Plaintiffs' initial complaint shall be extended by 16 days. The current deadline for the Gawker Defendants' response is October 14, 2009. Under the parties' agreement, the new deadline for the Gawker Defendants' response shall be October 30, 2009. Mr. Ebner also shall respond to the complaint on or before October 30, 2009.

DATED: October 13, 2009

LAVELY & SINGER PROFESSIONAL CORPORATION
MARTIN D. SINGER
YAEL E. HOLTKAMP
HENRY L. SELF III

By: _____
Henry L. Self III

Attorneys for Plaintiffs
ERIC DANE and REBECCA GAYHEART

DATED: October 13, 2009

DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV
KAREN A. HENRY

By: _____
Alonzo Wickers IV

Attorneys for Defendants
GAWKER MEDIA, LLC, GAWKER NEWS, LLC, GAWKER SALES, LLC, and MARK EBNER

STIPULATION
DWT 13422378v2 0080721-000007

1

DAVIS WRIGHT TREMAINE LLP
865 S FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax (213) 633-6899