UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
-------------------------------------------------------X
ERIC DANE AND RECECCA GAYHEART,

       Plaintiff(s),                                   Index No. CV 09 06912

   -against-                                      AFFIDAVIT OF SERVICE

GAWKER MEDIA, LLC, et al.,

       Defendant(s).
-------------------------------------------------------X
STATE OF NEW YORK   )
                             S.S.:
COUNTY OF NEW YORK)

       DOMINIC DELLAPORTE, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of P.R.O.S. Attorney Service, and is not a party to this action.

       That on the 28th day of September, 2009, at approximately 11:35 am, deponent served a true copy of the Summons, Complaint, Civil Cover Sheet, Plaintiffs' Notice of Interested Parties and Notice to Counsel (Magistrate Judge Civil Consent Pilot Project) upon Gawker Sales, LLC at 210 Elizabeth Street, 4th Floor, New York, NY, by personally delivering and leaving the same with Gabriel Darbyshire, COO, who informed deponent that she is an officer authorized by law to receive service at that address.

       Gabriel Darbyshire is a white female, approximately 35 years of age, stands approximately 5 feet 7 inches tall, weighs approximately 135 pounds with blonde hair and dark eyes.

_____
DOMINIC DELLAPORTE #1320496

Sworn to before me this
29th day of September, 2009

_____
NOTARY PUBLIC

EVAN COHAN
NOTARY PUBLIC & ATTORNEY AT LAW
NO. 02CO4998577
QUALIFIED IN ROCKLAND COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES JUNE 29, 20_10_