|  | UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
|--|--|
| Plaintiff(s),<br>v.<br>Defendant(s) | CASE NUMBER:<br><br>**IMPORTANT REMINDER NOTICE**<br>**MAGISTRATE JUDGE**<br>**CIVIL CONSENT PILOT PROJECT** |

TO ALL COUNSEL AND PARTIES OF RECORD:

The above-entitled case was randomly assigned to United States Magistrate Judge _____ for all purposes pursuant to the Civil Consent Pilot Project under the authority of General Order 08-09 and revised Local Rule 73.

**The parties are reminded to file and serve joint or separate Consent form(s), indicating whether or not each party consents to the assigned United States Magistrate Judge within thirty (30) days after service of the summons and complaint upon the defendant(s) or within sixty (60) days for defendant(s), if the defendant named is the United States, an agency of the United States, or an officer or employee of the United States.**

**Additionally, the parties are directed to Local Rule 73-2.2** *Proof of Service*. *In any case in which only a magistrate judge is initially assigned, plaintiff <u>must file a proof of service within 10 days of service of the summons and complaint.</u>*

**For cases removed to this Court from Superior Court, the joint or separate consent forms must be filed within eleven (11) days after the notice of removal is filed in this Court.**

The parties are free to withhold consent without adverse substantive consequences.

You may obtain a Statement of Consent form (CV-11C) by visiting the Court's website at *www.cacd.uscourts.gov*.

You may also view the individual professional biographies of all Magistrate Judges currently participating in the Magistrate Judge Civil Pilot Project at *www.cacd.uscourts.gov*.

If you have any questions about this new pilot project, you may contact the Civil Consent Case Coordinator at 213-894-4446 or *consentcoordinator@cacd.uscourts.gov*.

CV-14 (7/09) **IMPORTANT REMINDER NOTICE (MAGISTRATE JUDGE CIVIL CONSENT PILOT PROJECT)**