NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER:

Alonzo Wickers IV (SBN 169454)
Karen N. Henry (SBN 229707)
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
(213) 633-6800

ATTORNEYS FOR: Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Eric Dane, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV09-6912 (AJW) |
| v. | |
| Gawker Media, LLC, et al. | STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |
| Defendant(s) | |

*(THIS FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY ASSIGNED PURSUANT TO LOCAL RULE 73-2.)*

All parties to the above-captioned civil matter are to select one of the following two options and file this document with the Clerk's Office.

[ ] In accordance with the provisions of 28 U.S.C. § 636(C) and F.R.Civ.P. 73(b), the party or parties listed below to the above-captioned civil matter hereby waive their right to proceed before a District Judge and **consent** to have the assigned Magistrate Judge _____ conduct all further proceedings in the case, including trial and entry of final judgment.

Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3).

[X] The party or parties listed below to the above-captioned civil matter **do not consent** to proceed before the assigned Magistrate Judge Andrew J. Wistrich.

The party or parties listed below acknowledge that they are free to withhold consent without adverse substantive consequences.

| Name of Counsel (OR Party if Pro Per) | Signature and date | Counsel for (Name Parties) |
|---|---|---|
| Alonzo Wickers IV | [signature] 10/22/09 | Gawker Media, LLC, |
| | | Gawker News, LLC, |
| | | Gawker Sales, LLC, and |
| | | Mark Ebner |

[ ] Check this box if all parties have consented to proceed before the assigned Magistrate Judge.

## NOTICE TO COUNSEL FROM CLERK:

All parties having consented to proceed before the assigned magistrate judge, this case will remain assigned to United States Magistrate Judge _____ for all further proceedings.