# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE NUMBER:

Plaintiff(s),

v.

**NOTICE OF REASSIGNMENT OF MAGISTRATE JUDGE CIVIL CONSENT PILOT PROJECT CASE TO DISTRICT JUDGE AND REFERRAL TO MAGISTRATE JUDGE**

Defendant(s)

TO ALL COUNSEL/PARTIES APPEARING OF RECORD:

☐ Party(s) has/have not submitted their statement of consent form to proceed before a U.S. Magistrate Judge within the time required by the Local Rules.

☐ Party declined to consent to the exercise of jurisdiction by the Magistrate Judge.

☐ A Motion requiring immediate attention has been filed prior to the parties consent to the exercise of jurisdiction by the Magistrate Judge.

☐ Other: _____

Pursuant to General Order 08-09 and for the reason stated above, this case is hereby randomly reassigned to the Honorable _____, United States District Judge, for all further proceedings.

Any discovery matters that may be referred to a Magistrate Judge are hereby randomly assigned to the Honorable _____, United States Magistrate Judge.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. All subsequently filed documents must reflect the new initials because documents are routed to the assigned judges by means of these initials.

Traditionally filed subsequent documents must be filed at the: ☐ Western ☐ Southern ☐ Eastern Division. Failure to file at the proper location will result in your documents being returned to you.

Clerk, U. S. District Court

Date: _____ By: _____
Deputy Clerk

*cc:* ☐ *Previous Judge*