**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

ALONZO WICKERS IV (State Bar No. 169454)
alonzowickers@dwt.com
KAREN A. HENRY (State Bar No. 229707)
karenhenry@dwt.com

Attorneys for Defendants
GAWKER MEDIA, LLC; GAWKER NEWS, LLC; GAWKER SALES, LLC; and MARK EBNER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DANE and REBECCA GAYHEART,<br><br>Plaintiffs,<br><br>vs.<br><br>GAWKER MEDIA, LLC; GAWKER NEWS, LLC; GAWKER SALES, LLC; and MARK EBNER,<br><br>Defendants. | Case No. **CV09-06912 GW (SHx)**<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE PORTIONS OF COMPLAINT**<br><br>Date: December 14, 2009<br>Time: 8:30 a.m.<br>Crtrm.: 10<br><br>[Motion to Strike Portions of Complaint; Request for Judicial Notice with Exhibit A; Declaration of Karen A. Henry with Exhibit B; Certification and Notice of Interested Parties; Defendant Gawker Media, LLC's Corporation Disclosure Statement; Defendant Gawker News, LLC's Corporation Disclosure Statement; and Defendant Gawker Sales, LLC's Corporation Disclosure Statement Filed Concurrently] |

On December 14, 2009, defendants Gawker Media, LLC's, Gawker News, LLC's, Gawker Sales, LLC's, and Mark Ebner's (collectively "Gawker") Motion to Strike Portions of Complaint came on regularly for hearing in Courtroom 10 of the above-entitled Court.

This Court, having read and considered the supporting points and authorities and evidence, having heard the argument of counsel, and good cause appearing therefor, hereby orders as follows:

IT IS ORDERED that Gawker's motion hereby is GRANTED, and that the following portions of plaintiffs Eric Dane's and Rebecca Gayheart's complaint be stricken:

1. **Claim (p. 4) – paragraph 21, lines 13-14**: "Alternatively, Plaintiffs are entitled to recover an award of statutory damages for Defendants' willful acts of copyright infringement."

2. **Claim (p. 5) – paragraph 23, lines 20-21**: "Plaintiffs are further entitled to recover from Defendants an award of their attorneys' fees and costs."

3. **Prayer (p. 5) – paragraph 2, line 28**: "For statutory damages in an amount at the discretion of the Court[.]"

4. **Prayer (p. 6) – paragraph 4, line 5**: "For attorneys' fees and costs of suit herein incurred[.]"

5. **Claim (p. 4) – paragraph 16, lines 19-22**: "As alleged hereinabove, in or around August 2009 Defendants began *willfully* reproducing, adapting, distributing and performing the Video in the United States and around the world despite Plaintiffs' unequivocal demands that they refrain from doing so." (Emphasis added.) The Court strikes the word "willfully" from this sentence.

DATED:_____   _____
United States District Court Judge

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899