**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

ALONZO WICKERS IV (State Bar No. 169454)
alonzowickers@dwt.com
KAREN A. HENRY (State Bar No. 229707)
karenhenry@dwt.com

Attorneys for Defendants
GAWKER MEDIA, LLC; GAWKER NEWS, LLC; GAWKER SALES, LLC; and MARK EBNER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DANE and REBECCA GAYHEART,<br><br>Plaintiffs,<br><br>vs.<br><br>GAWKER MEDIA, LLC; GAWKER NEWS, LLC; GAWKER SALES, LLC; and MARK EBNER,<br><br>Defendants. | Case No. **CV09-06912 GW (SHx)**<br><br>**DEFENDANT GAWKER MEDIA, LLC'S CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. P. 7.1]<br><br>[Motion to Strike Portions of Complaint; Request for Judicial Notice with Exhibit A; Declaration of Karen A. Henry with Exhibit B; Certification and Notice of Interested Parties; Defendant Gawker News, LLC's Corporate Disclosure Statement; and Defendant Gawker Sales, LLC's Corporate Disclosure Statement Filed Concurrently]<br><br>[[Proposed] Order Granting Motion to Strike Lodge Concurrently] |

---

CORPORATE DISCLOSURE STATEMENT - GAWKER MEDIA, LLC
DWT 13520422v1 0080721-000007

Defendant Gawker Media, LLC, ("Gawker Media"), a nongovernmental corporate party, provides the following statement to comply with Federal Rule of Civil Procedure 7.1(a):

Gawker Media has no parent corporation or any publicly held corporation owning 10% or more of its shares.

DATED: October 30, 2009

DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV
KAREN A. HENRY


By: _____/ s /_____
Karen A. Henry

Attorneys for Defendants
GAWKER MEDIA, LLC; GAWKER NEWS, LLC; GAWKER SALES, LLC; and MARK EBNER

1
CORPORATE DISCLOSURE STATEMENT - GAWKER MEDIA, LLC
DWT 13520422v1 0080721-000007

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899