| | |
|---|---|
| 1 | **D**AVIS **W**RIGHT **T**REMAINE LLP |
| 2 | 865 S. FIGUEROA ST. SUITE 2400 |
| 3 | LOS ANGELES, CALIFORNIA 90017-2566 TELEPHONE (213) 633-6800 |
| 4 | FAX (213) 633-6899 |

ALONZO WICKERS IV (State Bar No. 169454)
alonzowickers@dwt.com
KAREN A. HENRY (State Bar No. 229707)
karenhenry@dwt.com

Attorneys for Defendants
GAWKER MEDIA, LLC; GAWKER NEWS, LLC; GAWKER SALES, LLC; and MARK EBNER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DANE and REBECCA GAYHEART, | Case No. **CV09-06912 GW (SHx)** |
| Plaintiffs, | **DEFENDANT GAWKER NEWS, LLC'S CORPORATE DISCLOSURE STATEMENT** |
| vs. | [Fed. R. Civ. P. 7.1] |
| GAWKER MEDIA, LLC; GAWKER NEWS, LLC; GAWKER SALES, LLC; and MARK EBNER, | [Motion to Strike Portions of Complaint; Request for Judicial Notice with Exhibit A; Declaration of Karen A. Henry with Exhibit B; Certification and Notice of Interested Parties; Defendant Gawker Media, LLC's Corporate Disclosure Statement; and Defendant Gawker Sales, LLC's Corporate Disclosure Statement Filed Concurrently] |
| Defendants. | [[Proposed] Order Granting Motion to Strike Lodge Concurrently] |

---

CORPORATE DISCLOSURE STATEMENT - GAWKER NEWS, LLC
DWT 13520435v1 0080721-000007

Defendant Gawker News, LLC, ("Gawker News"), a nongovernmental corporate party, provides the following statement to comply with Federal Rule of Civil Procedure 7.1(a):

Gawker News is a wholly owned subsidiary of Gawker Media, LLC.

DATED: October 30, 2009

DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV
KAREN A. HENRY

By: /s/
Karen A. Henry

Attorneys for Defendants
GAWKER MEDIA, LLC; GAWKER NEWS, LLC; GAWKER SALES, LLC; and MARK EBNER

1
CORPORATE DISCLOSURE STATEMENT - GAWKER NEWS, LLC
DWT 13520435v1 0080721-000007

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899