**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

ALONZO WICKERS IV (State Bar No. 169454)
alonzowickers@dwt.com
KAREN A. HENRY (State Bar No. 229707)
karenhenry@dwt.com

Attorneys for Defendants
GAWKER MEDIA, LLC; GAWKER NEWS, LLC; GAWKER SALES, LLC; and MARK EBNER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC DANE and REBECCA GAYHEART,<br><br>Plaintiffs,<br><br>vs.<br><br>GAWKER MEDIA, LLC; GAWKER NEWS, LLC; GAWKER SALES, LLC; and MARK EBNER,<br><br>Defendants. | Case No. **CV09-06912 GW (SHx)**<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE WITH EXHIBIT A**<br><br>Date: December 14, 2009<br>Time: 8:30 a.m.<br>Crtrm.: 10<br><br>[Motion to Strike Portions of Complaint; Declaration of Karen A. Henry with Exhibit B; Certification and Notice of Interested Parties; Defendant Gawker Media, LLC's Corporate Disclosure Statement; Defendant Gawker Sales, LLC's Corporate Disclosure Statement; and Defendant Gawker News, LLC's Corporate Disclosure Statement Filed Concurrently]<br><br>[[Proposed Order Granting Motion to Strike Lodged Concurrently] |

In connection with their concurrently-filed Motion to Strike, defendants Gawker Media, LLC, Gawker News, LLC, Gawker Sales, LLC, and Mark Ebner (collectively "Gawker") respectfully request that this Court take judicial notice of the effective date of the copyright registration for plaintiffs Eric Dane's and Rebecca Gayheart's videotape, for which registration number PAu 3-404-881 was assigned by the United Stated Copyright Office.[1] A true and correct copy of this registration certificate is attached to this Request as Exhibit A, and authenticated in the concurrently-filed Declaration of Karen A. Henry.

DATED: October 30, 2009

DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV
KAREN A. HENRY

By: _____/ s /_____
Karen A. Henry

Attorneys for Defendants
GAWKER MEDIA, LLC; GAWKER NEWS, LLC; GAWKER SALES, LLC; and MARK EBNER

---

[1] The Court also should consider this certificate in connection with Gawker's Motion to Strike. In deciding a Motion to Strike, a court shall consider not only the plaintiff's allegations, but also material that properly is the subject of judicial notice. *See Fantasy, Inc. v. Fogerty*, 984 F.2d 1524, 1528 (9th Cir. 1993) (granting motion to strike and explaining that "requests for judicial notice ... could properly be considered by the court in ruling on the motion to strike") *rev'd on other grounds*, 510 U.S. 517, 114 S. Ct. 1023, 127 L. Ed. 2d 455.

REQUEST FOR JUDICIAL NOTICE
DWT 13520844v1 0080721-000007

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# MEMORANDUM OF POINTS AND AUTHORITIES

Federal Rule of Evidence 201(b) authorizes this Court to take judicial notice of any fact that is "not subject to reasonable dispute in that it is ... capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Here, Gawker asks this Court to take judicial notice of the effective date of the copyright registration for plaintiffs Eric Dane's and Rebecca Gayheart's videotape, to which the United States Copyright Office has assigned registration number PAu 3-404-881. This Court may take judicial notice of this registration date, which is reflected on a Certificate of Registration issued by the United States Copyright Office. *See* Ex. A. Such records are the proper subject of judicial notice under Federal Rule of Evidence 201.

For example, in *Warren v. Fox Family Worldwide*, 171 F. Supp. 2d 1057, 1062 (C.D. Cal. 2001), Judge Morrow took judicial notice of a party's copyright registration certificates in granting the defendants' motion to dismiss pursuant to Rule 12(b)(6). The court declared that "[c]opyright certificates are the type of documents that the court may judicially notice under Rule 201(b)(2)," as they are "capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned." *Id.* (quoting Rule 201(b)(2)). And in *Donen v. Paramount Pictures Corp.*, 2008 U.S. Dist. LEXIS 99880, *5 (C.D. Cal. Nov. 20 2008), Judge Pregerson took judicial notice of a 1957 copyright registration and a 1984 renewal of copyright registration in ruling on a Rule 12 motion. *See also Tokidoki v. Fortune Dynamic*, 2009 WL 2366439, *6 (C.D. Cal. 2009) (taking judicial notice of certificate of registration from U.S. Patent & Trademark Office); *Island Software & Computer Service. v. Microsoft*, 413 F.3d 257, 261 (2d Cir. 2005) (finding that district court correctly took judicial notice of defendant's copyright registrations); *Warner Bros. Entm't v. RDR Books*, 575 F. Supp. 2d 513, 534 (S.D.N.Y. 2008) (taking judicial notice of public records of J.K. Rowling's ownership of a copyright in *The Daily Prophet*). Here, the Certificate of Registration

2

REQUEST FOR JUDICIAL NOTICE
DWT 13520844v1 0080721-000007

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

issued by the Copyright Office indicates that the effective date of the registration of the copyright in Plaintiffs' videotape was August 19, 2009, and this Court may take judicial notice of that fact. *See* Ex. A.

The Ninth Circuit also has recognized that a court hearing a Rule 12 motion may consider "document[s] the authenticity of which [are] not contested, and upon which plaintiff's complaint necessarily relies[,]" even if those materials are not attached to the complaint. *Parrino v. FHP*, 146 F.3d 699, 706 (9th Cir. 1998), *superseded by statute on other grounds*, *Abrego v. Dow Chem. Co.*, 443 F.3d 676, 681 (9th Cir. 2006). *See also Tegg Corp. v. Beckstrom Elec. Co.*, 2008 WL 2682602, *6 (W.D. Pa. 2008) (considering certificate of registration from Copyright Office in connection with Rule 12 motion, even though documents were not attached to complaint). This doctrine provides an independent basis for the Court to consider the Certificate of Registration, even though it is not attached to the complaint. *See* Compl. ¶ 11.

For these reasons, Gawker respectfully asks that the Court grant this Request, and take judicial notice of the effective date of the registration of the copyright in Plaintiffs' videotape.

DATED: October 30, 2009

DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV
KAREN A. HENRY

By:_____
Karen A. Henry

Attorneys for Defendants
GAWKER MEDIA, LLC; GAWKER NEWS, LLC; GAWKER SALES, LLC; and MARK EBNER

3
REQUEST FOR JUDICIAL NOTICE
DWT 13520844v1 0080721-000007

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PAu 3-404-881

**Effective date of registration:**
August 19, 2009

## Title
**Title of Work:** ED-RG-KAP Video by ED & RG

## Completion/ Publication
**Year of Completion:** 2008

## Author
- **Author:** Eric Dane
  **Author Created:** direction/director, entire motion picture, cinematography/cinematographer

  **Work made for hire:** No
  **Citizen of:** United States   **Domiciled in:** United States
  **Year Born:** 1972

- **Author:** Rebecca Gayheart
  **Author Created:** direction/director, entire motion picture, cinematography/cinematographer

  **Work made for hire:** No
  **Citizen of:** United States   **Domiciled in:** United States
  **Year Born:** 1971

## Copyright claimant
**Copyright Claimant:** Eric Dane
c/o Lavely & Singer Prof Corp, 2049 Century Park East, Suite 2400, Los Angeles, CA, 90067, United States

**Copyright Claimant:** Rebecca Gayheart
c/o Lavely & Singer Prof Corp, 2049 Century Park East, Suite 2400, Los Angeles, CA, 90067, United States

## Certification

EXHIBIT A

Name: Evan N. Spiegel, Esq.
Date: August 19, 2009
Applicant's Tracking Number: 2519-8

Registration #: PAU003404881

Service Request #: 1-224238033

LAVELY & SINGER PROF CORP
Evan N. Spiegel
2049 Century Park East, Suite 2400
Los Angeles, CA 90067 United States

6