NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

```
Alonzo Wickers IV (SBN 169454)
Karen A. Henry (SBN 229707)
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel (213) 633-6800 Fax (213) 633-6899
```

ATTORNEYS FOR: Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Eric Dane and Rebecca Gayheart<br><br>Plaintiff(s),<br>v.<br><br>Gawker Media, LLC; Gawker News, LLC;<br>Gawker Sales, LLC; and Mark Ebner<br>Defendant(s) | CASE NUMBER<br><br>CV09-6912 GW (SHx)<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1)** |
| --- | --- |

TO:    THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for   Gawker Media, LLC; Gawker News, LLC; Gawker Sales, LLC; and Mark Ebner
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
| --- | --- |
| (List the names of all such parties and identify their connection and interest.) | |
| Eric Dane | Plaintiff |
| Rebecca Gayheart | Plaintiff |
| Gawker Media, LLC | Defendant |
| Gawker Sales, LLC | Defendant |
| Gawker News, LLC | Defendant |
| Mark Ebner | Defendant |
| Keri Ann Peniche | Potential Plaintiff |

October 30, 2009
Date

Sign _Alonzo Wickers IV / KAH_
Alonzo Wickers IV (SBN 169454)

Attorney of record for or party appearing in pro per
Defendants

CV-30 (12/03)             **NOTICE OF INTERESTED PARTIES**             CCDCV30