# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-6912-GW(SHx) | Date | January 11, 2010 |
|---|---|---|---|
| Title | *Eric Dane, et al. v. Gawker Media, LLC, et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Henry L. Self, III                    Karen A. Henry

**PROCEEDINGS:    SCHEDULING CONFERENCE**


Hearing is held.  The Court sets the following dates:

| | |
|---|---|
| Last day to add parties and/or amend pleadings | January 22, 2010 |
| Mediation cutoff | April 28, 2010 |
| Post-Mediation Status Conference | **April 29, 2010 at 8:30 a.m.** |
| Discovery cutoff | June 18, 2010 |
| Expert discovery cutoff | July 9, 2010 |
| Motion hearing cutoff | August 12, 2010 |
| Pretrial Conference | **September 9, 2010 at 8:30 a.m.** |
| Jury Trial | **September 21, 2010 at 9:00 a.m.** |


IT IS SO ORDERED.

                                                    :        02

                                    Initials of Preparer    JG