1  MARTIN D. SINGER (BAR NO. 78166)
   YAEL E. HOLTKAMP (BAR NO. 200399)
2  HENRY L. SELF III (BAR NO. 223153)
   LAVELY & SINGER
3  PROFESSIONAL CORPORATION
   2049 Century Park East, Suite 2400
4  Los Angeles, California 90067-2906
   Telephone: (310) 556-3501
5  Facsimile: (310) 556-3615
   Email: mdsinger@lavelysinger.com
6
   Attorneys for Plaintiffs
7  ERIC DANE and REBECCA GAYHEART

8  **ALONZO WICKERS IV (BAR NO. 169454)**
   **KAREN A. HENRY (BAR NO. 229707)**
9  **DAVISWRIGHT TREMAINE LLP**
   865 South Figueroa Street, Suite 2400
10 Los Angeles, California 90017-2566
   Telephone: (213) 633-6800
11 Facsimile: (213) 633-6899
   Email: alonzowickers@dwt.com
12
   Attorneys for Defendants
13 GAWKER MEDIA, LLC, GAWKER
   NEWS, LLC, GAWKER SALES, LLC
14 and MARK EBNER

15                UNITED STATES DISTRICT COURT

16                CENTRAL DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  ERIC DANE, an individual; and<br>REBECCA GAYHEART, an<br>19  individual<br><br>20         Plaintiffs,<br><br>21    v.<br><br>22  GAWKER MEDIA, LLC, a<br>Delaware corporation; GAWKER<br>23  NEWS, LLC, a Delaware<br>corporation; GAWKER SALES,<br>24  LLC, a New York corporation; and<br>MARK EBNER, an individual,<br>25<br>           Defendants.<br>26 | CASE NO. CV 09-06912 GW (Shx)<br><br>**STIPULATION OF DISMISSAL**<br><br>[Hon. George H. Wu]<br><br>Discovery Cut-Off: June 18, 2010<br>Motion Cut-Off: August 12, 2010<br>Trial Date: September 21, 2010 |

27

28

1   PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure
2  41(a)(1)(A)(ii), the parties hereby stipulate to dismiss the above-captioned action
3  with prejudice in accordance with their recent Settlement Agreement and Mutual
4  Release.

7  DATE: July 23, 2010                    LAVELY & SINGER
                                          PROFESSIONAL CORPORATION
8                                         MARTIN D. SINGER
                                          YAEL E. HOLTKAMP
9                                         HENRY L. SELF III

10                                        /S/

11                                        By:_____
                                              HENRY L. SELF III
12                                        Attorneys for Plaintiffs
                                          ERIC DANE and
13                                        REBECCA GAYHEART

15 DATE: July 23, 2010                    DAVISWRIGHT TREMAINE LLP
                                          ALONZO WICKERS IV
16                                        KAREN A. HENRY

17                                        /S/

18                                        By:_____
                                              ALONZO WICKERS IV
19                                        Attorneys for Defendants
                                          GAWKER MEDIA, LLC,
20                                        GAWKER NEWS, LLC, GAWKER
                                          SALES, LLC and MARK EBNER